```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS


FORTELINEA SOFTWARE           )
SYSTEMS, LLC,                 )
         Plaintiff            )
                              )
         v.                   )    C.A. NO. 12-cv-30204-MAP
                              )
INTEGRATED BUSINESS           )
SOLUTIONS GROUP, LLC,         )
ET AL.,                       )
         Defendants           )
```

### ORDER RE: MOTION FOR PRELIMINARY INJUCTION
### (Dkt. No. 3)

### January 25, 2013

**PONSOR, U.S.D.J.**

   Counsel appeared before this court on January 18, 2013, for argument on Plaintiff's pending Motion for Preliminary Injunction (Dkt. No. 3).  Following the argument, the court indicated that it would be issuing a preliminary order, focusing on three areas: prohibition of marketing of the Lablion system, disclosure of identities of persons to whom Defendants have attempted to market the Lablion system, and elimination of barriers to access to the Lablion system at the Newton-Wellesley Hospital.  The court foresaw that the precise wording of the preliminary injunction would require assistance from counsel and further clarification by the court.

   In accordance with the court's orders, Plaintiff submitted a proposed preliminary injunction order (Dkt. No.

35) on January 22, 2013, and Defendants filed their opposition to the form and contents of this order (Dkt. No. 36) on January 24, 2013.

A review of these submissions makes it clear that further assistance from counsel regarding a fair preliminary order is needed.  With this in mind, the court hereby orders counsel for Plaintiff to submit a response to Defendants' opposition no later than January 29, 2013.  Counsel should thereafter discuss the contents of the preliminary injunction order and file a further joint submission identifying provisions that the parties agree upon and provisions that have generated disagreement.  This joint memo will be submitted no later than February 4, 2013.

Counsel will appear for further argument on the Motion for Preliminary Injunction on February 7, 2013 at 2:00 p.m.

It is So Ordered.

>                             /s/ Michael A. Ponsor
>                             MICHAEL A. PONSOR
>                             U. S. District Judge