UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS - WESTERN DIVISION

| | |
|---|---|
| FORTELINEA SOFTWARE SYSTEMS, LLC, f/k/a IBSG HIT, LLC,<br>                         Plaintiff<br><br>vs.<br><br>INTEGRATED BUSINESS SOLUTIONS GROUP, LLC, a/k/a INTEGRATED BUSINESS SOLUTIONS GROUP, a/k/a IBSG, LLC, a/k/a IBSG, OLEG KONDEL, OLEG ANDRUKH, and ALEKSANDR LIBERMAN,<br>                         Defendants | Civil Action No. 3:12-CV-30204-MAP |

**JOINT REPORT OF THE PARTIES**

Now come the Parties of the above-captioned litigation and in accordance with this Court's January 25, 2013 Order, submit the following:

1. After discussion, the Parties have reached agreement on a Temporary Order to be entered by the Court. The Proposed TemporaryOrder is attached hereto as Exhibit A.

2. The Parties request a further Status Conference with the Court on or after March 6, 2013.

3. The Parties request that the hearing scheduled for February 7, 2013 at 2:00 pm be adjourned.

*[Handwritten: Approved. The clerk will schedule a status conference for March 6, 2013 at 11 a.m. The February 7 hearing is off.]*

THE PLAINTFF,
Fortelinea Software Systems, LLC

By: /s/ Nancy Frankel Pelletier, Esq.
Nancy Frankel Pelletier, Esq. of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 452-0342
npelletier@robinson-donovan.com
BBO #544402

Date: February 6, 2013

531058.1

*[Handwritten: So ordered. Michael A. Ponsor USDJ 2-7-13]*